**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7873**

---

AMJAD ABBAS,

                                        Plaintiff - Appellant,

        versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CA-01-250-2)

---

Submitted: January 31, 2002        Decided: February 11, 2002

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Amjad Abbas, Appellant Pro Se. Kent Pendleton Porter, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Amjad Abbas appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Abbas v. INS, No. CA-01-250-2 (E.D. Va. Oct. 12, 2001). We also deny Abbas' motions for bail, summary judgment, an injunction, and declaratory relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED